UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.   1:18-cr-0243 |
| v. | : | UNDER SEAL |
| JONG WOO SON, | : | |
| Defendant. | : | |

### AMENDED ORDER

Based on the representations in the government's motion to unseal the docket, indictment, and other pleadings it is this ___16___ day of October, 2019,

**ORDERED** the attached redacted copy of the indictment shall be docketed and unsealed on October 16, 2019 at 10:00 a.m.; and it is further

**ORDERED** the docket going forward shall be unsealed.

*[signature]*
HON. DABNEY FRIEDRICH
UNITED STATES DISTRICT JUDGE